DISCIPLINARY COUNSEL *v.* GRENDELL.

[Cite as *Disciplinary Counsel v. Grendell*, **2026-Ohio-2119.**]

(No. 2024-1409—Submitted June 5, 2026—Decided June 8, 2026.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Timothy Joseph Grendell, Attorney Registration No. 0005827, last known business address in Chardon, Ohio.

{¶ 2} The court coming now to consider its order of November 21, 2025, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of 18 months with 12 months stayed on condition, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the State of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For previous case, see *Disciplinary Counsel v. Grendell*, 2025-Ohio-5239.

KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

———————————